### FLOSSIE WILLIAMS v. STATE.

No. A-2800.   Opinion Filed October 13, 1917.

(167 Pac. 1183.)

Appeal from District Court, Canadian County;
John W. Hayson, Judge.

Flossie Williams was convicted of robbery, and she appeals.   Order that proceedings abate.

J. N. Roberson, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, Flossie Williams, and Ethel Irwin were jointly charged with the crime of conjoint robbery.   Upon her separate trial the plaintiff in error was convicted and was sentenced to serve a term of five years' imprisonment in the penitentiary.   To reverse the judgment an appeal was perfected by filing in this court July 29, 1915, a petition in error with case-made.   Since the appeal was taken, and before the final submission of the cause, suggestion of the death of the plaintiff in error has been made, and the same called to the attention of the court by the Attorney General and the county attorney of Canadian county.   It is therefore adjudged and ordered that all proceedings in this prosecution be abated.   The record is remanded with direction to the district court of Canadian county to enter its appropriate order to that effect.

---

### BERRY JANES v. STATE.

No. A-2805.   Opinion Filed October 13, 1917.

(167 Pac. 201.)

Appeal from County Court, Garfield County;
E. L. Swigert, Judge.

Berry Janes was convicted in the county court of Garfield county of the offense of selling intoxicating liquors, and he appeals.   Judgment affirmed.

H. J. Sturgis, for plaintiff in error.

S. P. Freeling, Atty. Gen., and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   This is an appeal from the county court of Garfield county, wherein the plaintiff in error was convicted of the crime of selling intoxicating liquors and his punishment fixed at the minimum fine of $50 and imprisonment for 30 days in the county jail.   No brief has been filed in behalf of the plaintiff in error, and the cause was submitted on motion by the Attorney General to affirm the same for want of prosecution.   An examination of the record discloses that the proof on the part of the state fully sustains the allegations of the information and no defense was interposed, although the proof of the sale was positively sworn to by two witnesses.

The judgment is affirmed.   Mandate forthwith.